**Order filed March 27, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00512-CR
_____

**RONALD CROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 16373**

---

## ORDER

Appellant is represented by retained counsel, Sylvia Cedillo. No reporter's record has been filed in this case. Jan Lynn, the official court reporter for the 21st District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On January 7, 2014, this court ordered a hearing in the trial court to determine whether appellant was indigent for purposes of paying for the appellate record. On March 18, 2014, the trial court held a hearing at which the court determined appellant was not indigent.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Sylvia Cedillo, to file a brief in this appeal on or before April 28, 2014. If counsel does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).

PER CURIAM